UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARLOW STALLING,<br><br>              Plaintiff,<br><br>     v.<br><br>P. CASTELLANO, et. al.,<br><br>              Defendants. | Case No. CV 24-1093-JLS (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMNEDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the complaint, the records of this case, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Defendants' motion to dismiss the complaint be GRANTED IN PART and DENIED IN PART: (1) Plaintiff's First, Fourth, Fifth, and Fourteenth Amendment claims, and Plaintiff's Eighth Amendment claim regarding medical care, are DISMISSED WITH

LEAVE TO AMEND; (2) Plaintiff's Eighth Amendment excessive-force claim against Defendant Williams is DISMISSED WITHOUT LEAVE TO AMEND; and (3) Defendants' motion to dismiss is otherwise DENIED.

Plaintiff is ordered to file no later than thirty (30) days from the date of this order: (a) a First Amended Complaint; or (b) a notice of intent to proceed solely on the Complaint's remaining Eighth Amendment excessive-force claim against Defendants Castellanos, Martinez and Palacios.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the plaintiff.

DATED: September 26, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE